## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: August 31, 1999

**CIVIL NO. 98-1107 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| | |
|---|---|
| MAYRA MEJIAS MIRANDA, et al.<br>    Plaintiff<br>v.<br>BBII ACQUISITION CORP., et al.<br>    Defendants | Attorneys: Luis Pabón Roca<br>Clarisa Sola Gómez<br><br>Beatriz Rodríguez Burgos<br>in substitution of Pedro<br>Manzano |

===============================================================

INITIAL SCHEDULING CONFERENCE was held today and counsel advised the Court as to the status of discovery proceedings.

Plaintiff is granted **30 days** to produce its expert witness report in full compliance with FED. R. OF CIV. PROC. 26. Defendant has **30 days** after receipt of plaintiff's report to identify its expert witness and **30 days** thereafter to produce its expert witness report in full compliance with FED. R. OF CIV. PROC. 26. All depositions of expert witnesses must be taken within **120 days**. Notwithstanding the above deadlines, factual discovery is to end by **October 30, 1999.**

Cut off for **dispositive motions** is **November 30, 1999.**

**Pretrial** is scheduled for **January 20, 2000, at 4:30 p.m.**

Plaintiff has **30 days** to decide if she will use an economic expert witness and, if she decides to do so, identify the expert to defendant. Thereafter plaintiff will have **30 additional days** to produce her economic expert witness's report in full compliance with FED. R. OF CIV. PROC. 26. Defendant will then have **30 days** to identify an economic expert witness and **30 days** thereafter to produce the expert witness's report in full compliance with FED. R. OF CIV. PROC. 26.



All deadlines are final. No extensions shall be granted.

_____
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-1107.MEM