# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*00 JAN 19 AM 8:12*
*U.S. CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

Plaintiff(s) Mayra Mejias Miranda      CIVIL NO. 98-1107 (DRD)

v.

Defendant(s) BB II Acquisition Corp.

| MOTION | ORDER |
|---|---|
| Docket entry no. 18 | ☒ GRANTED. |
| Date: Dec /20/ 1999. | ☐ DENIED. |
| Title: Motion for extension of time to oppose to motion for summary judgment and requesting amendment of scheduling order | ☐ MOOT. |
|  | ☐ NOTED. |
|  | Pre trial is continued until further notice. Defendants will file opposition to summary judgment no later than January 27, 2000. No further extensions will be granted. |

IT IS SO ORDERED.

Date: 1/15/99

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**