# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Mayra Mejias Miranda_ et al   CIVIL NO. _98-1107_ (DRD)

v.

Defendant(s) _BB II Acquisition Corp. et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _20_ | ☒ GRANTED. |
| Date: _Feb 4, 2000_ | ☐ DENIED. |
| Title: _Motion for extension of time to serve reply to opposition to motion for summary judgment._ | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR -7 AM 8: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: _03/06/2000_

_/s/ Daniel R. Dominguez_
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**