UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Mayra Mejías Miranda            CIVIL NO. 98-1107 (DRD)

v.

Defendant(s) BB II Acquisition Corp.

| MOTION | ORDER |
|---|---|
| Docket entry no. 24 | ☒ GRANTED. |
| Date: March /30 /2000. | ☐ DENIED. |
| Title: Motion for extension of time to serve surreply to Defendant's reply brief | ☐ MOOT. |
| | ☐ NOTED. |

IT IS SO ORDERED.

Date: 4 /21/ 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE