# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Mayra Mejias Miranda

v.

Defendant(s) BBII Acquisition Corp.

CIVIL NO. 98-1107 (DRD)

RECEIVED & FILED
00 APR 25 PM 12:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. 21 | ☒ GRANTED. |
| Date: March / 1 / 2000 | ☐ DENIED. |
| Title: Motion for further extension of time | ☒ MOOT. |
| | ☐ NOTED. |
| Defendant served its Reply on March 15, 2000 | |

IT IS SO ORDERED.

Date: 4/21/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE