IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MEJIAS MIRANDA, et al.,
    Plaintiffs,

v.                                              CASE NUMBER: 98-1107 (DRD)

BBII ACQUISITION CORP., et al.,
    Defendants.

## ORDER

This order is to amend the opinion and order dated September 29, 2000, adjudicating Defendants' Motion for Summary Judgment and Motion to Strike. By inadvertent error, footnote no. 9 in page 16 of the Court's opinion and order was omitted. The Court corrects the omission and inserts said footnote. All other footnotes following footnote no. 9 are renumbered.
IT IS SO ORDERED.

Date: October 16, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:    EOD:

By:    # 33