UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAYRA MEJIAS MIRANDA, et al.

v.                                                          Civ. No. 98-1107(DRD)

BBII ACQUISITION CORPORATION,
et al.

### ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is set for **February 22, 2001 at 5:00 p.m.**

IT IS SO ORDERED.

January 25, 2001                                DANIEL R. DOMINGUEZ
                                                U.S. District Judge