UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: February 22, 2001 |
| **CIVIL NO. 98-1107 (DRD)** | |

================================================================

| | |
|---|---|
| **MAYRA MEJIAS MIRANDA, et al.,** | Attorneys: Luis PABON ROCA |
| Plaintiffs, | Clarissa SOLA GOMEZ |
| v. | |
| **BBII ACQUISITION CORP., et al.,** | Pedro MANZANO YATES |
| Defendants. | Beatriz RODRIGUEZ BURGOS |

================================================================

A SETTLEMENT CONFERENCE was convened. The parties informed the Court that a settlement could not be reached. The Court explored settlement by conducting separate and joint conferences with the parties. Settlement still could not be reached. Therefore, the Court imposed the following case management deadlines to commence today:

**EXPERTS:**

1) Defendants are to identify their Expert - within 10 days;

2) Defendants are to fully comply with FED.R.CIV.P. 26 for Experts - within 45 days of completion of Step 1);

3) Defendants are to conduct depositions, <u>only if</u> plaintiff chooses to depose the expert - within 30 days after completion of Step 3).

Trial is set to commence on **August 6, 2001 at 9:00 a.m.** The Court will convene a **Pretrial Conference** on **July 12, 2001 at 4:30 p.m.** The Court encourages the parties to fully explore settlement. The motion for reconsideration filed by defendant remains under advisement.

P:\MINUTES\98-1107
s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**