UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MAYRA MEJIAS MIRANDA, et al.,**
**Plaintiffs,**

v.                                                                                      Case Number: 98-1107(DRD)

**BBII ACQUISITION CORPORATION,**
**et al.,**
**Defendants.**

### ORDER

As stated in the minutes of the Settlement Conference held on February 22, 2001, trial in the above captioned case was set to commence on August 6, 2001. (Docket No. 39). However, the Court was informed that plaintiffs' counsel, Luis Pabon Roca, would be unable to participate in trial proceedings on August 6, 2001, because he is set to appear in proceedings held before Hon. Judge Jay A. Garcia Gregory during said date. Therefore, the Court hereby re-sets the trial date in this case to **September 11, 2001 at 9:00 a.m.**

IT IS SO ORDERED.

March 31, 2001.                                                              DANIEL R. DOMINGUEZ
                                                                                         U.S. District Judge