UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Mayra Mejias Miranda, et al._   CIVIL NO. _98-1107_ (DRD)

v.

Defendant(s) _BBIJ Acquisition Corp., et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. _48 + 47_ | ☑ GRANTED. |
| Date: _Aug. 16, 2001_ | ☐ DENIED. |
| Title: _Motion for Filing Confidential Settlement Agreements Under Seal_ | ☐ MOOT. |
| | ☐ NOTED. |

IT IS SO ORDERED.

Date: _August 20, 2001_

_/s/ Daniel R. Dominguez_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE