# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MAYRA MEJIAS MIRANDA, et al.,**
**Plaintiffs,**

v.                                                      **Case Number: 98-1107 (DRD)**

**BBII ACQUISITION CORP., et al.,**
**Defendants.**

| MOTION | RULING |
|---|---|
| **Filed:** August 15, 2001  **Docket #49**<br>[X] **Plff**  [X] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL. | **GRANTED.** The parties' motion requesting voluntary dismissal is granted. (Docket No. 49). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby **DISMISSES** the instant action against defendants **WITH PREJUDICE**, subject to all the terms and conditions set forth in the settlement agreement. The Court shall retain jurisdiction over the settlement agreement for compliance purposes. Judgment shall be entered accordingly.<br> IT IS SO ORDERED. |

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

**Date:** August _20_ , 2001.

P:\PeachOrders\98-1107.vol_dis.wpd