# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MAYRA MEJIAS MIRANDA, et al.,**
**Plaintiffs,**

                    v.                                    **Case Number: 98-1107 (DRD)**

**BBII ACQUISITION CORP., et al.,**
**Defendants.**

---

## J U D G M E N T

Pursuant to the order issued by the Court on this same date, plaintiffs' claims against defendants are hereby **DISMISSED WITH PREJUDICE**, subject to the terms and conditions set forth in the settlement agreement.  The Court shall retain jurisdiction over the settlement agreement for compliance purposes.

**IT IS SO ADJUDGED AND DECREED**.

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

**Date**: August *20*, 2001.

